```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**CLUCK-U CORPORATION,**

        Plaintiff,

  vs.                                Civil Action 2:07-CV-816
                                       Judge Smith
                                       Magistrate Judge King

**C.U.C. OF COLUMBUS, INC.,**
*et al.*,

        Defendants.

<u>ORDER</u>

On July 11, 2011, the United States Magistrate Judge recommended that plaintiff's motion for contempt and for the appointment of a receiver, Doc. No. 24, be granted in part and denied in part. *Report and Recommendation*, Doc. No. 29. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no response to the *Report and Recommendation*.

The *Report and Recommendation*, Doc. No. 29, is **ADOPTED and AFFIRMED.** Plaintiff'S motion for contempt and for the appointment of a receiver, Doc. No 24, is **GRANTED** in part and **DENIED** in part. A receiver will be appointed to enforce the provisions of ¶7 of the Court' s September 10, 2008 *Order of Default Judgment and Permanent Injunction*. Plaintiff is **ORDERED** to recommend, within thirty (30) days, a suitable receiver for this purpose and an appropriate procedure for executing the duties of that receiver. In all other respects, plaintiff's motion is denied.

                                                 <u>*s/George C. Smith*</u>
                                                 **George C. Smith, Judge**
                                                 **United States District Court**